**THE ATKIN FIRM, LLC**
Formed in the State of New Jersey
By:      John C. Atkin, Esq.
55 Madison Avenue, Suite 400
Morristown, NJ 07960
Tel: (973) 314-8010
Fax: (833) 693-1201
JAtkin@AtkinFirm.com
*Attorneys for Plaintiff Strike 3 Holdings, LLC*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 173.72.97.145,<br><br>    Defendant. | Case No. 3:23-cv-02155-GC-JBD<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe subscriber assigned IP address 173.72.97.145 are voluntarily dismissed without prejudice.

DATED: December 5, 2023                    Respectfully submitted,

                                                                     **THE ATKIN FIRM, LLC**

It is **SO ORDERED o**n this                   *Attorneys for Plaintiff,*
6th day of December, 2023.                  *Strike 3 Holdings, LLC*

   /s/*Georgette Castner*                        */s/ John C. Atkin, Esq.*
   GEORGETTE CASTNER, USDJ       John C. Atkin, Esq.

1